UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEVIN WEBER, on behalf of himself individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>NATIONAL ADVISORS TRUST COMPANY, NATIONAL ADVISORS TRUST OF SOUTH DAKOTA INC., and NAH SIDECAR I, LLC d/b/a NATIONAL ADVISORS CONCIERGE SERVICES, all d/b/a NATIONAL ADVISORS TRUST<br><br>    Defendants. | Case No. 4:24-cv-00162-FJG |

**JOINT MOTION FOR STAY OF PROCEEDINGS OR, ALTERNATIVELY, TO EXTEND DEFENDANTS' TIME TO FILE REPLY SUGGESTIONS IN SUPPORT OF ITS MOTION TO DISMISS**

Defendants National Advisors Trust Company, National Advisors Trust of South Dakota Inc., and NAH Sidecar I, LLC d/b/a National Advisors Concierge Services, all d/b/a National Advisors Trust (collectively, "National Advisors") and Plaintiff Kevin Weber ("Plaintiff," collectively with National Advisors, "Parties"), jointly move this Court for an Order (1) Staying of Proceedings or, alternatively, an Extending the Time for National Advisors to File Reply Suggestions in Support of its Motion to Dismiss (ECF No. 16) for sixty (60) days, or a period of the Court's choosing, and (2) setting a deadline of December 10, 2024 for the filing of a Motion for Preliminary Approval of the settlement.

The parties are pleased to report to the Court that following mediation this past July and subsequent settlement negotiations, the parties have reached an agreement in principle to resolve

this litigation on a classwide basis. The purpose of this request is to permit the Parties to avoid continued litigation expenses while the parties seek to finalize a settlement agreement and prepare a Motion for Preliminary Approval of the settlement.

**WHEREFORE**, the Parties respectfully request that this Court issue an Order (1) Staying Proceedings or, alternatively, Extending the Time for National Advisors to File Reply Suggestions in Support of its Motion to Dismiss (ECF No. 16) for sixty (60) days, (2) setting a deadline of December 10, 2024 for the filing of a Motion for Preliminary Approval of the settlement, and (3) for any further relief this Court deems just and proper.

DATED: October 11, 2024 Respectfully Submitted,

| | |
|---|---|
| */s/ John F. Garvey*<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>John F. Garvey, #35879<br>Colleen Garvey, #72809<br>Ellen A. Thomas, #73043<br>Peabody Plaza<br>701 Market Street, Suite 1510<br>St. Louis, MO 63101<br>(314) 390-6750<br>jgarvey@stranchlaw.com<br>cgarvey@stranchlaw.com<br>ethomas@stranchlaw.com<br><br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>J. Gerard Stranch, IV*<br>223 Rosa L. Parks Avenue, Ste. 200<br>Nashville, TN 37203<br>(615) 254-8801<br>gstranch@stranchlaw.com<br>*\*Admitted Pro Hac Vice*<br><br>**COHEN & MALAD, LLP**<br>Lynn A. Toops, (*Pro Hac Vice* forthcoming)<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>(317) 636-6481<br>ltoops@cohenandmalad.com<br><br>**TURKE & STRAUSS LLP**<br>Samuel J. Strauss (*Pro Hac Vice* forthcoming)<br>Raina Borrelli (*Pro Hac Vice* forthcoming)<br>613 Williamson Street, Suite 201<br>Madison, Wisconsin 53703<br>Telephone: (608) 237-1775<br>Facsimile: (608) 509-4423<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>*Attorneys for Plaintiff* | */s/ Daniel M. Braude*<br>Daniel M. Braude*<br>**MULLEN COUGHLIN LLC**<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>Telephone: (267) 930-4770<br>dbraude@mullen.law<br>*\*Admitted Pro Hac Vice*<br><br>Timothy S. Frets, Esq.<br>Mary O'Connell, Esq.<br>**ROUSE FRETS WHITE GOSS GENTILE RHODES, P.C.**<br>5250 W. 116th Place, Suite 400<br>Leawood, Kansas 66211<br>Phone: (913) 387-1600<br>tfrets@rousepc.com<br>moconnell@rousepc.com<br><br>*Attorneys for* Defendants *National Advisors Trust Company, National Advisors Trust of South Dakota Inc., and NAH Sidecar I, LLC d/b/a National Advisors Concierge Services, all d/b/a National Advisors Trust* |