IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KEVIN WEBER, on behalf of himself individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>NATIONAL ADVISORS TRUST COMPANY, et al.,<br>    Defendants. | Case No.: 4:24-cv-00162-FJG |

## ORDER

Pending before the Court is the parties' Joint Motion for Stay of Proceedings or, Alternatively, to Extend Defendants' Time to File Reply Suggestions in Support of its Motion to Dismiss (Doc. No. 23). The parties indicate that they have reached an agreement in principle to resolve this litigation on a class-wide basis, and therefore in order to avoid continued litigation expenses, the parties seek a stay while they seek to finalize the settlement agreement and prepare a motion for preliminary approval of the settlement. The parties request an order staying proceedings for sixty days, and setting a deadline of December 10, 2024, for the filing of a motion for preliminary approval of the settlement. In the alternative, they seek a 60-day extension of the deadline to file reply suggestions in support of the pending motion to dismiss.

The Court believes that a stay is appropriate under these circumstances. Therefore, the parties' joint motion to stay proceedings (Doc. No. 23) is **GRANTED**. This matter is stayed pending finalization of the proposed settlement. The parties are directed to file a motion for preliminary approval of their settlement on or before **December 10,**

**2024**. In addition, the Court finds that the motion to dismiss (Doc. No. 16) should be **DENIED WITHOUT PREJUDICE** to its reassertion if the settlement cannot be finalized.

**IT IS SO ORDERED**.

| | |
|---|---|
| Date: October 17, 2024<br>Kansas City, Missouri | **S/ FERNANDO J. GAITAN, JR.**<br>Fernando J. Gaitan, Jr.<br>United States District Judge |