# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEVIN WEBER, on behalf of himself individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>NATIONAL ADVISORS TRUST COMPANY, NATIONAL ADVISORS TRUST OF SOUTH DAKOTA INC., and NAH SIDECAR I, LLC d/b/a NATIONAL ADVISORS CONCIERGE SERVICES, all d/b/a NATIONAL ADVISORS TRUST<br><br>      Defendants. | Case No. 4:24-cv-00162-FJG |

## JOINT MOTION FOR EXTENSION OF TIME FOR FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Defendants National Advisors Trust Company, National Advisors Trust of South Dakota Inc., and NAH Sidecar I, LLC d/b/a National Advisors Concierge Services, all d/b/a National Advisors Trust (collectively, "National Advisors") and Plaintiff Kevin Weber ("Plaintiff," collectively with National Advisors, "Parties"), jointly move this Court for an Order extending the deadline for the filing of a motion for preliminary approval of the settlement to January 9, 2025.

As previously reported to the Court, following mediation this past July and subsequent settlement negotiations, the parties reached an agreement in principle to resolve this litigation on a classwide basis. Although the terms to include in the Settlement Agreement have been reached, the parties are continuing to prepare materials that will be included as exhibits to the Settlement Agreement. Such exhibits will include proposed short and long form notices to Class Members, a claim form for Class Members, and a proposed Preliminary Approval Order. Additionally, the process of finalizing the Settlement Agreement and exhibits includes obtaining feedback from the Parties' selected claims administrator, particularly as to the specifics of the notice program.

**WHEREFORE**, in consideration of the Parties' ongoing work to finalize the settlement papers, the Parties respectfully request that this Court issue an Order extending the deadline for filing of a Motion for Preliminary Approval of the settlement to January 9, 2024, and for any further relief this Court deems just and proper.

DATED: December 6, 2024                                    Respectfully Submitted,

| | |
|---|---|
| */s/ John F. Garvey*<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>John F. Garvey, #35879<br>Colleen Garvey, #72809<br>Ellen A. Thomas, #73043<br>Peabody Plaza<br>701 Market Street, Suite 1510<br>St. Louis, MO 63101<br>(314) 390-6750<br>jgarvey@stranchlaw.com<br>cgarvey@stranchlaw.com<br>ethomas@stranchlaw.com<br><br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>J. Gerard Stranch, IV*<br>223 Rosa L. Parks Avenue, Ste. 200<br>Nashville, TN 37203<br>(615) 254-8801<br>gstranch@stranchlaw.com<br>*\*Admitted Pro Hac Vice*<br><br>**COHEN & MALAD, LLP**<br>Lynn A. Toops, (*Pro Hac Vice* forthcoming)<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>(317) 636-6481<br>ltoops@cohenandmalad.com<br><br>**TURKE & STRAUSS LLP**<br>Samuel J. Strauss (*Pro Hac Vice* forthcoming)<br>Raina Borrelli (*Pro Hac Vice* forthcoming)<br>613 Williamson Street, Suite 201<br>Madison, Wisconsin 53703<br>Telephone: (608) 237-1775<br>Facsimile: (608) 509-4423<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>*Attorneys for Plaintiff* | */s/ Daniel M. Braude*<br>Daniel M. Braude*<br>**MULLEN COUGHLIN LLC**<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>Telephone: (267) 930-4770<br>dbraude@mullen.law<br>*\*Admitted Pro Hac Vice*<br><br>Timothy S. Frets, Esq.<br>Mary O'Connell, Esq.<br>**ROUSE FRETS WHITE GOSS GENTILE RHODES, P.C.**<br>5250 W. 116th Place, Suite 400<br>Leawood, Kansas 66211<br>Phone: (913) 387-1600<br>tfrets@rousepc.com<br>moconnell@rousepc.com<br><br>*Attorneys for* Defendants *National Advisors Trust Company, National Advisors Trust of South Dakota Inc., and NAH Sidecar I, LLC d/b/a National Advisors Concierge Services, all d/b/a National Advisors Trust* |