UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEVIN WEBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ADVISORS TRUST COMPANY, NATIONAL ADVISORS TRUST OF SOUTH DAKOTA INC., AND NAH SIDECAR I, LLC d/b/a NATIONAL ADVISORS CONCIERGE SERVICES, all d/b/a NATIONAL ADVISORS TRUST,<br><br>Defendants. | Case No. 4:24-cv-00162-FJG |

**UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Kevin Weber, by counsel, under Federal Rule of Civil Procedure 23(e)(2), hereby moves the Court at the hearing scheduled for June 17, 2025, at 9 a.m., for entry of an Order granting final approval to the class action Settlement Agreement and Release reached between Plaintiff and all Defendants (ECF No. 27-1 at pp. 3–62) (the "Settlement").

This motion is made on the grounds that the Settlement is a fair, reasonable, and adequate compromise of this action, and that, after notice and an opportunity to opt-out of or object to the Settlement, no Class Member has done so. This motion is supported by the accompanying suggestions in support, the Declaration of Mark Cowen in Support of Final Approval of Class Action Settlement (Ex. 1 hereto) and a proposed order granting this motion (Ex. 2 hereto). Defendant does not oppose this motion.

1

Dated: May 27, 2025

Respectfully Submitted,

*/s/ John F. Garvey*
**STRANCH, JENNINGS & GARVEY, PLLC**
John F. Garvey, #35879
Colleen Garvey, #72809
Ellen A. Thomas, #73043
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
(314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

**STRANCH, JENNINGS & GARVEY, PLLC**
J. Gerard Stranch, IV (*pro hac vice*)
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com

**COHEN & MALAD, LLP**
Lynn A. Toops, (*pro hac vice*)
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

**STRAUSS BORRELLI, PLLC**
Samuel J. Strauss (*pro hac vice*)
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing document using CM/ECF, which served a true and correct copy upon all counsel of record in the above-captioned action on this May 27, 2025.

                                        */s/ John F. Garvey*
                                        John F. Garvey